NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JULIAN E. PUNONGBAYAN,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3136

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. SF0831100634-I-1 and SF0831100635-I-1.

---

## ON MOTION

---

## O R D E R

Julian E. Punongbayan, moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official caption is reflected above.

FOR THE COURT

**MAY 2 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Julian E. Punongbayan
Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 2 4 2011**

**JAN HORBALY**
**CLERK**